IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BONITA KEGLER,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-413-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff Bonita Kegler attorney fees in the amount of $5,630.48 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

            s/V. Olmo, Deputy Clerk                    2/6/2015
        Peter Oppeneer, Clerk of Court                     Date